

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Carlos Jonathan Gonzalez-Becerra DEFENDANT(S). | CASE NUMBER CR 07-812-DSF  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _Dec. 21_ , _2017_ , at _1:30_ ☐ a.m. / ☐ p.m. before the Honorable _Eick_ , in Courtroom _750_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _12/15/17_   _____
U.S. District Judge/Magistrate Judge