# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>　　　　v.<br><br>CARLOS JONATHAN GONZALEZ BECERRA,<br>　　Defendant. | CR 07-812 DSF<br><br>Order Denying Motion (Dkt. 201) |

　　It is difficult to determine exactly what Defendant is trying to achieve with this filing. He has filed the document in four different cases and has attached to it a copy of the Instructions for a Motion Under 28 U.S.C. § 2255. To the extent this document constitutes such a motion, it raises the same issues as were raised by Defendant in EDCV 19-2231 DSF and in Docket no. 185 in this case. The motion is DENIED and a certificate of appealability is DENIED for the same reasons as given in the Court's previous orders.

　　IT IS SO ORDERED.

Date: April 16, 2020

　　　　　　　　　　　　　　　　　*Dale S. Fischer*
　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　United States District Judge